

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SIMER SINGH, | § | No. 08-11-00016-CV |
| Appellant, | § | Appeal from the |
| v. | § | 342nd District Court |
| TRINITY MARKETING & DISTRIBUTING CO., INC., | § | of Tarrant County, Texas |
| Appellee. | § | (TC# 342-248468-10) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and her sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF FEBRUARY, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating